UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORIO GUZMAN REYES et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant(s). | CASE NO. C22-1554-KKE <br><br> ORDER GRANTING STIPULATED MOTION |

The parties have filed a stipulated motion to continue the trial date and related pretrial deadlines.  Dkt. No. 32.  The Court finds good cause to continue the trial date, but cannot accommodate the date requested by the parties.  The Court therefore GRANTS the motion (Dkt. No. 32) with modification, and will issue a new case schedule setting trial to begin on September 15, 2025.  If the parties have an irreconcilable conflict with any date listed in the forthcoming schedule, they shall notify Courtroom Deputy Diyana Staples at Diyana_staples@wawd.uscourts.gov no later than November 1, 2024.

Dated this 23rd day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1