UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORIO GUZMAN REYES, et al.,<br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. C22-1554-KKE<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

This matter comes before the Court on the parties' stipulated motion to extend the deadlines for rebuttal expert testimony, to complete discovery, and for dispositive motions. Dkt. No. 35. The parties argue good cause exists to extend these deadlines because a recent Executive Order pausing the government's ability to contract for expert services has hindered the United States' defense in this matter. *Id.* at 2. While the Court agrees that the parties have shown good cause, because the parties wish to retain the current trial date of September 15, 2025 (*id.*), the Court cannot accommodate this extension. *See* Dkt. No. 26 at 3 ("[T]he Court requires approximately 120 days between the deadline for filing dispositive motions and the trial date."). Accordingly, the Court denies the parties' stipulated motion without prejudice. The parties may refile their motion with a schedule that reflects the Court's requirements. *See* Dkt. No. 26.

Dated this 5th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES - 1