UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.S.G.L., by and through her parents GREGORIO GUZMAN REYES and MARICRUZ LOPEZ SANTOS, and individually,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:22-cv-01554-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following deadlines, which were set forth in the Court's October 24, 2024, Order Amending Trial Date and Related Dates (Dkt. 34), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Disclosure of rebuttal expert testimony | March 20, 2025 | April 3, 2025 |
| Discovery completed by | April 18, 2025 | May 2, 2025 |

ORDER FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 2:22-cv-01554-KKE] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties have been diligent in completing the discovery in this case, including disclosing numerous expert witnesses on February 18, 2025. On February 26, 2025, the White House issued an executive order entitled "Implementing the President's 'Department of Government Efficiency' Cost Efficiency Initiative." *See* https://www.whitehouse.gov/presidential-actions/2025/02/implementing-the-presidents-department-of-government-efficiency-cost-efficiency-initiative/. Under this Executive Order, the United States' ability to contract for new services, including payments for expert witnesses and payments for the cost of taking plaintiffs' experts' depositions, was limited for 30 days. The United States has worked to find ways to manage existing funds to continue work on the case. However, the pause in funding has caused delays in the United States' ability to pay expert fees and schedule depositions, including payments to Plaintiffs' experts for their deposition time.

Recently, this Court denied the parties' stipulated motion for a one-month continuance of the rebuttal expert disclosure, close of discovery, and dispositive motions deadline on the basis that the Court requires approximately 120 days between the dispositive motions deadline and trial. Dkt. 36. The Court indicated it would consider a subsequent motion that accommodated this requirement. *Id*.

The parties now request to move the rebuttal expert disclosure deadline and the close of discovery deadline only so that the trial date can be maintained. Moving these deadlines will allow the United States needed additional time to prepare rebuttal expert reports and to depose Plaintiffs' experts. Plaintiffs' counsel does not condone or concede that the executive order is lawful. In fact, Plaintiffs' counsel believes the executive order is an assault on the judiciary. However, as a courtesy to the United States, Plaintiffs have agreed to stipulate to this extension of deadlines.

ORDER FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 2:22-cv-01554-KKE] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed dates and respectfully request that the Court grant their motion.

SO STIPULATED.

DATED this 18th day of March, 2025.

Respectfully submitted,

| TEAL LUTHY MILLER | GEORGIA TREJO LOCHER, P.S. |
| --- | --- |
| Acting United States Attorney | |
| | |
| *s/ Whitney Passmore* | *s/ Georgia Trejo Locher* |
| WHITNEY PASSMORE, FL No. 91922 | GEORGIA TREJO LOCHER, WSBA No. 21450 |
| Assistant United States Attorney | 237 SW 153rd St. |
| United States Attorney's Office | Burien, WA 98166 |
| Western District of Washington | Phone: 206-246-6100 |
| 700 Stewart Street, Suite 5220 | Fax:    206-246-6105 |
| Seattle, Washington 98101-1271 | Email: glocher@thelocherlawfirm.com |
| Phone: 206-553-7970 | |
| Fax:    206-553-4073 | *Attorney for Plaintiffs* |
| Email:   whitney.passmore@usdoj.gov | |

*Attorneys for United States of America*

I certify that this memorandum contains 409 words, in compliance with the Local Civil Rules.

ORDER FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 2:22-cv-01554-KKE] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Dkt. No. 37. The new pretrial deadlines are as follows, all other deadlines from the Court's prior case schedule remain unchanged (Dkt. No. 34):

| **Deadlines** | |
|---|---|
| Disclosure of rebuttal expert testimony | April 3, 2025 |
| Discovery completed by | May 2, 2025 |

DATED this 20th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER FOR EXTENSION OF PRETRIAL DEADLINES
[Case No. 2:22-cv-01554-KKE] - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970