UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORIO GUZMAN REYES, et al., <br><br> Plaintiff(s), <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant(s). | CASE NO. C22-1554-KKE <br><br> ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE MOTIONS DEADLINE |

This matter comes before the Court on the parties' stipulated motion to extend the dispositive motions deadline. Dkt. No. 49. Although the parties have shown good cause to extend the deadline, the proposed deadline does not comply with the Court's requirement that the dispositive motions deadline be set 120 days before trial, consistent with the Court's standard offset dates. *See* Dkt. No. 26 at 3–4. To extend the dispositive motions deadline, the parties will need to stipulate to a new trial date, and the Court will then issue an amended case schedule using its standard offset dates. *Id.*

Accordingly, the motion is DENIED without prejudice to refiling. Dkt. No. 49. The parties should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date before re-filing a stipulated motion to continue.

Dated this 17th day of November, 2025.

ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE MOTIONS DEADLINE - 1

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION FOR EXTENSION OF DISPOSITIVE MOTIONS DEADLINE - 2