UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORIO GUZMAN REYES, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C22-1554-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES |

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 51. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date and related deadlines. The unexpired deadlines and the deadline for dispositive motions and motions challenging expert witness testimony in the previous case schedule (Dkt. Nos. 46, 48) are VACATED. The courtroom deputy is directed to issue an amended case schedule based on the parties' agreed-upon trial date and consistent with the Court's standard case schedule. *See* Dkt. No. 26.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES - 1

Dated this 1st day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES - 2