The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M.S.G.L., by and through her parents GREGORIO GUZMAN REYES and MARICRUZ LOPEZ SANTOS, and individually,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:22-cv-01554-KKE

STIPULATED MOTION AND ORDER FOR EXTENSION OF DISMISSAL DEADLINE

Noted for Consideration:
April 1, 2026

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the April 6, 2026, deadline to submit dismissal papers in this case, as set forth in the Court's January 6, 2026, Minute Order, Docket 54.

An extension of 30 days will allow Plaintiffs sufficient time to obtain approval for the minor settlement. A hearing for the approval of the minor settlement is now scheduled for April 17, 2026, in Skagit County Superior Court.

STIPULATED MOTION AND ORDER
FOR EXTENSION OF DISMISSAL DEADLINE
[Case No. 2:22-cv-01554-KKE] - 1

**GEORGIA TREJO LOCHER, P.S.**
**237 SW 153RD STREET**
**BURIEN, WA 98166**
**206-246-6100**

For the reasons set forth above, the parties believe that there is good cause to request an extension of the dismissal deadline to submit the settlement papers and respectfully request that the Court grant their motion.

SO STIPULATED.

DATED this 31st day of March, 2026.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

s/Kristen R. Vogal
KRISTEN R. VOGAL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4073
Email:   Kristen.Vogel@usdoj.gov

Attorneys for United States of America

GEORGIA TREJO LOCHER, P.S.

s/Georgia Trejo Locher
GEORGIA TREJO LOCHER, WSBA No. 21450
237 SW 153rd St.
Burien, WA 98166
Phone: 206-246-6100
Fax:    206-246-6105
Email: glocher@thelocherlawfirm.com

Attorneys for Plaintiffs

I certify that this memorandum contains 313 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER
FOR EXTENSION OF DISMISSAL DEADLINE
[Case No. 2:22-cv-01554-KKE] - 2

GEORGIA TREJO LOCHER, P.S.
237 SW 153RD STREET
BURIEN, WA 98166
206-246-6100

**ORDER**

It is hereby ORDERED that the parties' Motion and Order for Extension of Dismissal Deadline is GRANTED. The new deadline to submit dismissal papers is May 6, 2026.

DATED this 2nd day of April, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER
FOR EXTENSION OF DISMISSAL DEADLINE
[Case No. 2:22-cv-01554-KKE] - 3