The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M.S.G.L., by and through her parents
GREGORIO GUZMAN REYES and
MARICRUZ LOPEZ SANTOS, and
individually,

      Plaintiffs,

  v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 2:22-cv-01554-KKE

SECOND STIPULATED MOTION AND
ORDER FOR EXTENSION OF
DISMISSAL DEADLINE

Noted for Consideration:
May 4, 2026

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the May 6, 2026, deadline to submit dismissal papers in this case, as set forth in the Court's April 6, 2026, Minute Order, Docket 56.

Since the parties' last extension of time, Plaintiffs have now received court approval of the minor settlement and the parties have executed the settlement stipulation. Additional time is needed for payment to process.

//

//

SECOND STIPULATED MOTION AND ORDER
FOR EXTENSION OF DISMISSAL DEADLINE
[Case No. 2:22-cv-01554-KKE] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

For the reasons set forth above, the parties believe that there is good cause to request an extension of the deadline to file a notice of dismissal and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 4th day of May, 2026.

Respectfully submitted,

s/Kristen R. Vogel
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4073
Email:   Kristen.Vogel@usdoj.gov

*Attorney for United States of America*

s/Georgia Trejo Locher
GEORGIA TREJO LOCHER, WSBA No. 21450
GEORGIA TREJO LOCHER, P.S.
237 SW 153rd St.
Burien, WA 98166
Phone: 206-246-6100
Fax:     206-246-6105
Email: glocher@thelocherlawfirm.com

*Attorneys for Plaintiffs*

I certify that this memorandum contains 107 words,
in compliance with the Local Civil Rules.

SECOND STIPULATED MOTION AND ORDER
FOR EXTENSION OF DISMISSAL DEADLINE
[Case No. 2:22-cv-01554-KKE] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' Motion and Order for Extension of Dismissal Deadline is GRANTED. The new deadline to submit dismissal papers is June 19, 2026.


DATED this 6th day of May, 2026.



*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

SECOND STIPULATED MOTION AND ORDER
FOR EXTENSION OF DISMISSAL DEADLINE
[Case No. 2:22-cv-01554-KKE] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970